1  Mark F. Anderson (SBN 44787)
   Anderson, Ogilvie & Brewer LLP
2  600 California Street, 18th Floor
   San Francisco, CA 94108
3  Ph: (415) 651-1951
   Fax: (415) 956-3233
4  mark@aoblawyers.com

5  Attorneys for Plaintiff James W. Downy, Jr

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 **JAMES W. DOWNEY, JR,**               )   No. c 10-00849 MHP
                                          )
11         Plaintiff,                     )
                                          )   **PLAINTIFF'S REQUEST FOR**
12     v.                                 )   **CONTINUANCE OF CASE**
                                          )   **MANAGEMENT CONFERENCE**
13 **EXPERIAN INFORMATION SOLUTIONS,**    )   **AND (proposed) ORDER**
   **INC.;**                              )
14 **EQUIFAX INFORMATION SERVICES, LLC;** )   **Courtroom : 15, 18th Floor**
   **and TRANS UNION, LLC.;**             )   **Judge: Hon. Marilyn Patel**
15 **TRANS UNION, LLC;**                  )
                                          )
16         Defendants.                    )

### REQUEST FOR CONTINUANCE

Whereas, plaintiff's counsel Mark F. Anderson has filed a motion to withdraw as counsel for plaintiff James W. Downey, Jr.;

Whereas, the motion is set for hearing on July 12, 2010, at 2:00 PM;

Whereas, the case management conference is to take place on June 25, 2010, at 11:00 AM;

Plaintiff's counsel requests that the case management conference be continued to a date after the Court grants or denies the motion to withdraw as counsel.

### ORDER

The case management conference in this action is continued to  July 12  , 2010. @ 2:00 p.m.

Dated: June __, 2010.

_____
U.S. District Court Judge

IT IS SO ORDERED

Order Continuing the Case Management Conference in *Downey v Experian*