1 | Mark F. Anderson (SBN 44787)
  | Anderson, Ogilvie & Brewer LLP
2 | 600 California Street, 18th Floor
  | San Francisco, CA 94108
3 | Ph: (415) 651-1951
  | Fax: (415) 956-3233
4 | mark@aoblawyers.com

5 | Attorneys for Plaintiff James W. Downey, Jr

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**JAMES W. DOWNEY, JR,**   )   No. c 10-00849 MHP
                          )
    Plaintiff,        )
                          )
    v.                )   **ORDER DISMISSING ACTION**
                          )   **WITHOUT PREJUDICE**
**EXPERIAN INFORMATION SOLUTIONS,** )
**INC.;**                 )
**EQUIFAX INFORMATION SERVICES, LLC;** )
**and TRANS UNION, LLC.** )
                          )
    Defendants.       )
                          )

    Based on the parties' stipulation and for good cause shown, plaintiff's claims against defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC are hereby dismissed without prejudice, each party to bear its own fees and costs.

Dated: June 28 2010.

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Joint Case Management Conference Statement in *Downey v Experian, No* 3:10-cv-00849 MHP        1